APRIL 3, 1945

**No. 50094.**—SUIT 4470.—-*Balfour, Guthrie &
Co., Ltd.* v. *United States.* C. D. 815 affirmed February 7, 1945. C. A. D. 300.

BEFORE THE FIRST DIVISION, APRIL 4, 1945

**No. 50095.**—Protests 32263–K, etc., of Trefousse Gloves, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the gloves in question are similar in all material respects to those the subject of *United States* v. *Aris Gloves, Inc.* (31 C. C. P. A. 169, C. A. D. 268), which record was incorporated herein. In accordance therewith certain of the merchandise in question was held dutiable at $5 per dozen pairs, plus $1 per dozen pairs, under paragraph 1532 (a), as modified by the Czechoslovakian Trade Agreement (T. D. 49458). Other items were held dutiable at $5.50 per dozen pairs under paragraph 1532 (a). The protests were sustained to this extent.

**No. 50096.**—Protests 945106–G, etc., of F. Weinstraub & Co. of N. Y., Inc. (New York).

Opinion by OLIVER, P. J. At the trial the president of the plaintiff corporation testified that certain of the items in question consisted of chalk-white beads composed of glass, identical, except as to size, with collective exhibit 1 in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), which record was incorporated herein. The merchandise represented by the invoice item numbers enumerated by the plaintiff's witness was therefore held properly dutiable as claimed.